# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Gerald R. Smith )
)
)
)
Plaintiff(s), )
v. ) CIV-09-594 F
) Case No.
)
Oklahoma Tax Comission )
C. Allen McCall )
Robert Johnson )
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert Johnson
119 N. Hamilton St. #201
Georgetown KY 40324

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gerald R. Smith
5058 SW Airport Rd.
Cache OK 73527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT D. DENNIS

PAMELA L. WEEKS - Deputy Clerk

JUN - 5 2009

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*



FILED

JUN 29 2009

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY